# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ORIX FINANCIAL SERVICES, INC formerly known as ORIX CREDIT ALLIANCE, INC.

V.

DELENO MAX HARPER

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 05 CV 9348 (LTS)

I, __J. MICHAEL MCMAHON__, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __April 25, 2006__, Date, as it appears in the records of this court, and that

* no notice of appeal has been filed, and no motion of any kind listed in Rule 4(A) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

__5/3/06__
Date

_(signature)_
Clerk

_(signature)_
(By) Deputy Clerk

[RECEIVED stamp: 2006 JUN -6 A 11:08, DEBRA P. HACKETT CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

---

* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ORIX FINANCIAL SERVICES, INC.
formerly known as
ORIX CREDIT ALLIANCE, INC.

      Plaintiff,   DEFAULT JUDGMENT
   - against -     05 CV 9348 (LTS)

DELENO MAX HARPER

     Defendant.
----------------------------------x

This action was commenced by the filing of a Complaint and the issuance of a Summons on November 3, 2005, a copy of said Summons and Complaint having been served upon the defendant DELENO MAX HARPER on November 11, 2005, by personal service upon Thomas Lionelli an officer of C-A Credit Corp., defendant's designated agent for service of process in New York under the terms of documents executed by the defendant and referred and exhibited in the Complaint and proof of such service having been filed in the Office of the Clerk of the Court on or about November 14, 2005 and the said Defendant DELENO MAX HARPER having failed to file and serve an answer, a motion or otherwise appear in this action, and upon plaintiff's Affidavit in Support of its Motion for Default Judgment, exhibits annexed hereto, made and sworn to by Yvonne Kalpakoff, an officer of Plaintiff, with personal knowledge of the facts relating to plaintiff's claims herein; an Affirmation in Support of Plaintiff's Motion for Default Judgement of William M. Stein, Esq , a member of the firm of Stein & Stein, attorneys for the Plaintiff; a Statement of the amount of plaintiff's damages; and a Clerk's Certificate noting said defendant's default in the pleadings, all of which are submitted herewith,

NOW, on motion of William M. Stein, attorney for the plaintiff, it is

ORDERED and ADJUDGED:

That the Plaintiff, ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC., have judgment against the Defendant, DELENO MAX HARPER in the liquidated total amount of $172,948.17 plus default interest at the rate of 1/15th of 1% per diem as provided for in the Note from October 18, 2002 to February 21, 2006, in the aggregate amount of $140,781.30 plus attorneys' fees to which plaintiff is entitled pursuant to the terms of the aforesaid Note in the amount of $34,589.63, for a total amount of $348,319.10.

Dated: New York, New York
April 25, 2006

_____
U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

TOTAL P.02