IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC. <br> fka ORIX CREDIT ALLIANCE, INC. <br>     Plaintiff, <br><br> vs. <br><br> DELENO MAX HARPER <br><br>     Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:06-mc-3322-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

CERTIFICATE OF JUDGMENT

    I, Debra P. Hackett, Clerk of the U.S. District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 6th day of June, 2006, ORIX Financial Services, Inc., formerly known as ORIX Credit Alliance, Inc., plaintiff, recovered of Deleno Max Harper, defendant, default judgment in the liquidated total amount of $172,948.17 plus default interest at the rate of 1/15th of 1% per diem as provided for in the Note from October 18, 2002 to February 21, 2006, in the aggregate amount of $140,781.30 plus attorneys' fees to which plaintiff is entitled pursuant to the terms of the aforesaid Note in the amount of $34,589.63, for a total amount of $348,319.10.

    That William M. Stein is plaintiff's attorney of record and that ORIX Financial Services, Inc. formerly known as ORIX Credit Alliance, Inc. is the owner of said judgment.

    WITNESS my hand and seal of office this the 8th day of June, 2006.

                                         Debra P. Hackett
                                         Clerk, of the United States District Court
                                         Middle District of Alabama

                                         By: _____
                                              Deputy Clerk