IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 19 A 9:34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

| | |
|---|---|
| ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc., | ) ) ) |
| Plaintiff, | ) Case Number: 2:06-mc-03322-MEF ) |
| v. | ) ) |
| Deleno Max Harper, | ) ) |
| Defendant. | ) |

### AFFIDAVIT FOR GARNISHMENT ON JUDGMENT

STATE OF ALABAMA)

JEFFERSON COUNTY)

Before me, the undersigned authority, personally appeared Jennifer A. Harris of Burr & Forman LLP, 420 North 20th Street, Birmingham, Alabama 35203, who being by me duly sworn deposes and says as follows:

I am the attorney for the above-named plaintiff; on the 25th day of April 2006 a judgment was rendered by the United States District Court for the Southern District of New York in favor of above named plaintiff ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc. ("Judgment Creditor") and against the above-named defendant Deleno Max Harper (the "Judgment Debtor"), in the amount of $172,948.17 with interest in the amount of $140,781.30 plus attorneys' fees and costs in the amount of $34,589.63 for a total judgment of $348,319.10 which judgment was duly registered with the United States District Court for the Middle District of Alabama on the 6th day of June 2006. The Judgment Debtor is justly indebted to the Judgment Creditor in the amount of said judgment together with costs of this writ, less $0.00 paid; and Peoples Bank and Trust, hereinafter referred to as the Garnishee, is believed to be indebted to the Judgment Debtor, or to have effects of the Judgment Debtor, in its possession or control, and I believe process of garnishment against the Garnishee is necessary to obtain satisfaction of said judgment.

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE me this
13th day of December 2006.

_____
NOTARY PUBLIC
My Commission Expires: March 28, 2007

1525760