IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance , Inc.,** ) ) ) | |
| **Plaintiff,** ) | Case Number:  2:06-mc-03322-MEF |
| ) | |
| v. ) ) | |
| **Deleno Max Harper,** ) ) | |
| **Defendant.** ) | |

Now, on this day comes Wachovia Bank, Garnishee in the above-styled action, and for answer to the writ of Garnishment served upon it on the ___ day of _____ 200__, upon oath says that it ☐ **IS** / ☐ **IS NOT** indebted to the defendant Deleno Max Harper at the time of service of the writ of Garnishment, or at the time of making this answer; and that Garnishee ☐ **WILL** / ☐ **WILL NOT** be indebted in the future to the defendant Deleno Max Harper by a contract then existing, or at the time of this process; and that Garnishee ☐ **HAS** / ☐ **HAS NOT** in its possession, or under its control, personal or real property, or things in action belonging to the defendant Deleno Max Harper.

Other (Explain)_____

And Garnishee having fully answered, prays to be discharged ☐ **WITH** / ☐ **WITHOUT** reasonable costs in this behalf expended.

_____
Garnishee or Agent (Signature)

SWORN TO AND SUBSCRIBED BEFORE me this the ___ day of _____ 200__.

_____
NOTARY PUBLIC
My Commission Expires:_____

1525893