IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Deleno Max Harper,<br><br>　　　　Defendant. | )<br>)<br>)<br>) Case Number:  2:06-mc-03322-MEF<br>)<br>)<br>) WRIT OF GARNISHMENT<br>)<br>)<br>) |

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA, OR TO ANY OTHER AUTHORIZED OFFICER, GREETINGS:**

　　You are hereby commanded forthwith to summon Compass Bank as Garnishee in the above-styled cause to appear within thirty (30) days from the date of service of this process, before the United States District Court for the Middle District of Alabama, at Montgomery, Alabama, and file a written answer, upon oath:

(1)　as to whether the Garnishee is or was indebted to the defendant Deleno Max Harper Social Security Number ▓▓▓▓▓▓ at the time it received this process, or when it makes its answer, or during the intervening time, and in what sum or sums;
(2)　whether it will be indebted to him in the future by existing contract or
(3)　whether by existing contract it is liable to him for the delivery of personal property or for the payment of money which may be discharged by the delivery of personal property or which may be payable in personal property; and
(4)　whether it has or not in its possession or under its control real or personal property or things in action belonging to the said defendant.

Mailing the notarized answer to the Clerk of the Court constitutes making a proper appearance in the court.

　　The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the Garnishee, and make return of this Writ and the execution thereof, according to law.

　　Issued this the _22nd_ day of _December_, 200_6_.

　　　　　　　　　　　　　　　　　　DEBRA P. HACKETT, CLERK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT FOR
　　　　　　　　　　　　　　　　　　THE MIDDLE DISTRICT OF ALABAMA
　　　　　　　　　　　　　　　　　　ONE CHURCH STREET
　　　　　　　　　　　　　　　　　　MONTGOMERY, AL 36104
　　　　　　　　　　　　　　　　　　(334) 954-3600

　　　　　　　　　　　　　　　　　　By: _[signature]_
　　　　　　　　　　　　　　　　　　Deputy Clerk

1525877