IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ORIX CREDIT ALLIANCE, INC., | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action Number: 2:06-mc-03322-MEF ) |
| DELENO MAX HARPER, | ) ) |
| Defendant. | ) ) |
| v. | ) ) |
| FIRST LOWNDES BANK, | ) ) |
| Garnishee. | ) ) |

## AFFIDAVIT OF SERVICE OF COPY OF SUBPOENA

STATE OF ALABAMA  )
)
JEFFERSON COUNTY  )

Before me, this undersigned authority, personally appeared **Kenneth Johnson** who, being known to me and being by me duly sworn, deposes and says as follows:

1. I, **Kenneth Johnson**, am over the age of 19 years, not a party to this litigation and qualified under Fed.R.Civ.P. 4 to be a special process server.

2. I served a copy of the attached Subpoena in a Civil Action upon Deleno Max Harper by delivering the same to **Russell Harper (son)**, at **2073 Fort Dale Rd Greenville, AL** on **Jan 2**, 200**7** at **11:35** o'clock **A**. m.

**FURTHER THE AFFIANT SAITH NAUGHT.**

_____
AFFIANT

Sworn and subscribed before me this the
3rd day of January 2007.

_Crystal Dawn McLean_
NOTARY PUBLIC
My Commission Expires: February 26, 2007

[SEAL]

AO 88(Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc., | SUBPOENA IN A CIVIL CASE |
|---|---|
| Plaintiff <br> v. <br><br> Deleno Max Harper, <br><br> Defendant. | Case Number:[1] <br> 2:06-mc-03322-MEF |

TO:   **FIRST LOWNDES BANK**
350 Old Fort Road West
Fort Deposit, Alabama 36032 - 4813

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Exhibit A**

| PLACE | DATE AND TIME |
|---|---|
| Burr & Forman, LLP, RSA Tower, 201 Monroe Street, Suite 1950, Montgomery, AL 36104 | January 29, 2007 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) <br> /s/ Jennifer Harris, Attorney for Plaintiff | DATE <br> 12/28/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jennifer A. Harris, Burr & Forman LLP, 420 N 20th St. Ste 3100, Birmingham, AL 35203, 205-251-3000

(See Rule 45, Federal Rules Civil Procedure, Parts C & D on Reverse)

AO 88(Rev. 1/94) Subpoena in a Civil Case

---

[1] If action is pending in district other than district of issuance, state district under case number.

1522554

1

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

# DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
             DATE                                    SIGNATURE OF SERVER

                                            _____
                                              ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
    (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
    (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
    (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv) subjects a person to undue burden.
    (B) If a subpoena
        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.
(d) DUTIES IN RESPONDING TO SUBPOENA.
    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

1522554                                      2

## EXHIBIT A
## TO SUBPOENA IN A CIVIL CASE

ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc. ("ORIX") requests that First Lowndes Bank ("1st Lowndes") produce for copying and inspection any and all objects, tangible things, records and documents, whether in draft or final form, in its possession, custody or control, including, but not limited to, printed, handwritten or typewritten materials; data created or stored electronically, including, but not limited to, all documents and metadata stored on electronic storage media, including, but not limited to, hard drives, disks of all types, portable memory devices, tapes, back up tapes, and back up disks; and all e-mails generated by or received by 1st Lowndes or any of its employees that relate, pertain or refer to any of the following:

1. Deleno Max Harper, social security number 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 ("Harper");

2. Max Harper Pulpwood;

3. Any business operated by Harper;

4. Any business in which Harper is an officer, director, member, manager or owner.