IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 JAN -9  A 9: 27

| | |
|---|---|
| ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc., | ) <br> ) <br> ) |
| Plaintiff, | ) Case Number: 2:06-mc-03322-MEF <br> ) |
| v. | ) <br> ) |
| Deleno Max Harper, | ) <br> ) |
| Defendant. | ) |

Now, on this day comes Compass Bank, Garnishee in the above-styled action, and for answer to the writ of Garnishment served upon it on the _2_ day of _January_ 200_7_, upon oath says that it ☐IS / ☒IS NOT indebted to the defendant Deleno Max Harper at the time of service of the writ of Garnishment, or at the time of making this answer; and that Garnishee ☐WILL / ☒WILL NOT be indebted in the future to the defendant Deleno Max Harper by a contract then existing, or at the time of this process; and that Garnishee ☐HAS / ☒HAS NOT in its possession, or under its control, personal or real property, or things in action belonging to the defendant Deleno Max Harper.

Other (Explain) _no account found_

And Garnishee having fully answered, prays to be discharged ☐WITH / ☐WITHOUT reasonable costs in this behalf expended.

_____
Garnishee or Agent (Signature)

SWORN TO AND SUBSCRIBED BEFORE me this the _3_ day of _January_ 200_7_.

_____
NOTARY PUBLIC
My Commission Expires: _06-22-2010_

1525891



Compass Bank
P.O. Box 10566
Birmingham, Alabama 35296

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS

Debra P. Hackett, Clerk
United States District Court
One Church Street
Montgomery, AL 36104

3610440018-01 C006