IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance , Inc., ) ) ) | |
| Plaintiff, ) | Case Number:  2:06-mc-03322-MEF |
| v. ) ) | |
| Deleno Max Harper, ) ) | |
| Defendant. ) | |

Now, on this day comes Wachovia Bank, Garnishee in the above-styled action, and for answer to the writ of Garnishment served upon it on the __ day of _____ 200__, upon oath says that it ☐IS / ☐IS NOT indebted to the defendant Deleno Max Harper at the time of service of the writ of Garnishment, or at the time of making this answer; and that Garnishee ☐ WILL / ☐WILL NOT be indebted in the future to the defendant Deleno Max Harper by a contract then existing, or at the time of this process; and that Garnishee ☐HAS / ☐HAS NOT in its possession, or under its control, personal or real property, or things in action belonging to the defendant Deleno Max Harper.

Other (Explain)_____*NO ACCOUNTS*_____

And Garnishee having fully answered, prays to be discharged ☐WITH / ☐WITHOUT reasonable costs in this behalf expended.

_____
Garnishee or Agent (Signature)

SWORN TO AND SUBSCRIBED BEFORE me this the _4_ day of _January_ 2007.

_____
NOTARY PUBLIC

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa J. Bell, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 30, 2008
Member, Pennsylvania Association Of Notaries

1525893

**WACHOVIA**

PA4418
Legal Order Processing
Post Office Box 8667
Philadelphia, PA 19101-8667

Debra P. Hackett, Clerk
U.S. District Court For
The Middle District of Alabama
1 Church St
Montgomery, AL 36104



UNITED STATES POSTAGE
$ 00.390
JAN 05 2007
MAILED FROM ZIP CODE 19106