IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 JAN -9  P 3: 30

| | |
|---|---|
| **ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc.,** ) ) ) | |
| **Plaintiff,** ) | Case Number: 2:06-mc-03322-MEF |
| ) ) | |
| v. ) ) | |
| **Deleno Max Harper,** ) ) | |
| **Defendant.** ) | |

Now, on this day comes Peoples Bank and Trust, Garnishee in the above-styled action, and for answer to the writ of Garnishment served upon it on the 8 day of January 2007, upon oath says that it ☐ IS / ☑ IS NOT indebted to the defendant Deleno Max Harper at the time of service of the writ of Garnishment, or at the time of making this answer; and that Garnishee ☐ WILL / ☑ WILL NOT be indebted in the future to the defendant Deleno Max Harper by a contract then existing, or at the time of this process; and that Garnishee ☐ HAS / ☑ HAS NOT in its possession, or under its control, personal or real property, or things in action belonging to the defendant Deleno Max Harper.

Other (Explain) No accounts

And Garnishee having fully answered, prays to be discharged ☐ WITH / ☐ WITHOUT reasonable costs in this behalf expended.

_____
Garnishee or Agent (Signature)

SWORN TO AND SUBSCRIBED BEFORE me this the 8 day of January 2007

_____
NOTARY PUBLIC   My Commission Expires
My Commission Expires: August 21, 2010

1525886



The Peoples Bank & Trust Company
P.O. Box 799 - Selma, AL 36702-0799
YOUR FUTURE LOOKS GREAT FROM HERE

36104440018-01 C008

Debra P. Hackett, Clerk
United States District Court
For The Middle District Of Alabama
One Church Street
Montgomery, Alabama 36104




$00.390
Mailed From 01/08/2007
US POSTAGE