IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED

CASE NUMBER 2:06-mc-03322-MEF    2007 JAN -9 P 3: 29

GARNISHEE AFFIDAVIT AND ANSWER
(BancorpSouth Bank)

| PLAINTIFF: | | DEFENDANT: |
|---|---|---|
| ORIX FINANCIAL SERVICES, INC. F/K/A ORIX CREDIT ALLIANCE, INC. | vs | DELENO MAX HARPER |

COMES NOW BancorpSouth Bank, Garnishee in the above matter, and for answer to the Writ of Garnishment served upon it in this cause deposes and says as follows:

1. Based upon the information provided in the writ, Garnishee was not indebted to the Defendant(s) DELENO MAX HARPER when the process of garnishment was received, nor when making this answer, nor during the intervening time.

2. Garnishee has not in its possession or control any belongings of the Defendant(s).

3. Garnishee will not be indebted to the Defendant(s) in the future by contract now existing.

4. Garnishee is not liable to Defendant(s) for the delivery of personal property or for the payment of money which may be discharged by the delivery of personal property or which is payable in personal property.

5. Defendant(s) is/are not employed by Garnishee.

DATED: JANUARY 4, 2007

Respectfully submitted,

*Jennifer Lewis*

BancorpSouth Bank
By: JENNIFER LEWIS
Title: LEGAL SPECIALIST

STATE OF MISSISSIPPI
COUNTY OF LEE

## CERTIFICATION

I, a Notary Public in and for said county and state, hereby certify that JENNIFER LEWIS, whose name as LEGAL SPECIALIST for BancorpSouth Bank, a corporation, is signed to the foregoing Garnishee Affidavit and Answer and who is known to me, acknowledged before me that SHE is duly authorized as an agent of BancorpSouth Bank to make the foregoing answer and that, being informed of the contents of the Garnishee Affidavit and Answer, and having knowledge of the matters set forth therein based on the records of BancorpSouth Bank, as kept in the regular course of business, SHE, as such LEGAL SPECIALIST with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand this the _4TH____ day of __JANUARY_____, 2007___.

Notary Public

Seal:

My Commission Expires:

NOTARY SEAL
LINDA DIANE MEARS
COUNTY COMMISSION EXPIRES:
SEPTEMBER 27, 2009

**BancorpSouth**®

2778 West Jackson Street • Tupelo MS  38801

RETURN SERVICE REQUESTED

36104+4018-01 C008

Debra P. Hackett, Clerk
United States District Court For
The Middle District of Alabama
One Church Street
Montgomery, AL  36104



UNITED STATES POSTAGE

MAILED FROM ZIP CODE 35209

02 1A
000434771 9    JAN 08 2007
$ 00.63°

PITNEY BOWES