IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ORIX Financial Services, Inc. f/k/a ORIX Credit Alliance, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Deleno Max Harper, )<br>)<br>Defendant. ) | Case Number:  2:06-mc-03322-MEF |

Now, on this day comes First Lowndes Bank, Garnishee in the above-styled action, and for answer to the writ of Garnishment served upon it on the 22 day of __DECEMBER__ 200_6_, upon oath says that it ☐IS / ☒IS NOT indebted to the defendant Deleno Max Harper at the time of service of the writ of Garnishment, or at the time of making this answer; and that Garnishee ☐WILL / ☒WILL NOT be indebted in the future to the defendant Deleno Max Harper by a contract then existing, or at the time of this process; and that Garnishee ☐HAS / ☒HAS NOT in its possession, or under its control, personal or real property, or things in action belonging to the defendant Deleno Max Harper.

Other (Explain)_____

And Garnishee having fully answered, prays to be discharged ☐WITH / ☒WITHOUT reasonable costs in this behalf expended.

_____
Garnishee or Agent (Signature)

SWORN TO AND SUBSCRIBED BEFORE me this the 19 day of __January__ 200_7_.

_____
NOTARY PUBLIC
My Commission Expires: 3-30-2007

1525882



**First Lowndes Bank**
P.O. BOX 508 • FORT DEPOSIT, ALABAMA 36032

2:06mc3322-MEF



DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET
MONTGOMERY, AL 36104